imously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ ETHEL A. FANCHER, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 9.) (Claim No. 63535.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ GERALD R. FANCHER, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 10.) (Claim No. 63537.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ VILLAGE OF FREDONIA, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 11.) (Claim No. 65659.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ. ·

■ THOMAS HEBEISEN, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 12.) (Claim No. 65648.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ PHYLLIS HOLSER, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 13.) (Claim No. 63612.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ WILLIAM KINNER et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 14.) (Claim No. 63594.)—Judg-

ment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ MARGARET MEAD et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 15.) (Claim No. 63611.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ NIAGARA MOHAWK POWER CORPORATION, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 16.) (Claim No. 65637.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ FRANK PAGANO, Doing Business as SUNY's PLACE, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 17.) (Claim No. 63474.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ PEARCE AUTO SUPPLY, INC., et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 18.) (Claim No. 65661.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ CHARLES SEDOTA et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 19.) (Claim No. 63593.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ LEONARD SMITH et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 20.) (Claim No. 65646.)—Judg-